UNITED STATES of America,
Plaintiff–Appellee,

v.

Ismael RIVERA, Defendant–Appellant.

No. 15–12847
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 10, 2016.

Germaine Seider, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Nicole M. Andrejko, Tiffany Lynn Cummins, Karen L. Gable, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Maria Guzman, Rosemary Cakmis, Meghan Ann Collins, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before WILSON, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Meghan Collins, appointed counsel for Ismael Rivera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rivera's conviction and sentence are **AFFIRMED.**